UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

)
)
)
)
)      No. 02 Civ. 5571 (RJH) (HBP)
)

This Document Relates to:

| | |
|---|---|
| 07 Civ. 5742 | 07 Civ. 7370 |
| 07 Civ. 7775 | 07 Civ. 7776 |
| 07 Civ. 7778 | 07 Civ. 7779 |
| 07 Civ. 7802 | 07 Civ. 7803 |
| 07 Civ. 7863 | 07 Civ. 8156 |
| 07 Civ. 8208 | 07 Civ. 8830 |
| 07 Civ. 9229 | 07 Civ. 9592 |
| 07 Civ. 9593 | 07 Civ. 10578 |
| 07 Civ. 10954 | 07 Civ. 10995 |
| 07 Civ. 11092 | 07 Civ. 11297 |
| 07 Civ. 11305 | 07 Civ. 11483 |
| 07 Civ. 11484 | 07 Civ. 11485 |
| 07 Civ. 11628 | 08 Civ. 0024 |
| 08 Civ. 0116 | 08 Civ. 0117 |
| 08 Civ. 0418 | 08 Civ. 0908 |
| 08 Civ. 0950 | 08 Civ. 1111 |
| 08 Civ. 1938 | 08 Civ. 01973 |
| 08 Civ. 01974 | 08 Civ. 01983 |
| 08 Civ. 01975 | 08 Civ. 01985 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

## [PROPOSED] ORDER

The Court having reviewed the February 7, 2008 Motion of Individual

Plaintiff/Intervener Pioneer Investments Austria GmbH (f/k/a Capital Invest) ("PIA") for

Leave to File an Amended Complaint and attachments thereto (the "Motion"), and having

reviewed the February 28, 2008 Response of Defendants Vivendi Universal, S.A. and Jean-

303234

Marie Messier to the Motion, and noting that Defendant Guillaume Hannezo has submitted no response to the Motion;

The Court hereby finds that the Motion should be granted. Accordingly, it is hereby

ORDERED that the Motion of PIA for Leave to File an Amended Complaint is hereby granted, and PIA is granted leave to file the Amended Complaint attached as Exhibit 1 to the Motion.

It is further ORDERED that PIA's Amended Complaint relates back to its original Complaint, the Class Complaint (D.I. 1).

It is further ORDERED that PIA is an Individual Plaintiff in Case No. 02 Civ. 5571, and the January 7, 2008 scheduling order (D.I. 403) (the "Scheduling Order") will apply to its action.

IT IS SO ORDERED.

Dated: New York, New York

April ☉, 2008

Richard J. Holwell
United States District Judge